DENNY ET AL. *v.* BUSH ET AL.

No. 868.   Decided June 19, 1961.

*Gerard A. Rault* for appellants.

*Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States, as *amicus curiae,* urging affirmance.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

LEGISLATURE OF LOUISIANA ET AL. *v.* UNITED STATES.

No. 967.   Decided June 19, 1961.

*W. Scott Wilkinson* and *Thompson L. Clarke* for appellants.

*Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.